MAYER WILE et al., Appellants, v. WILLIAM MOORE,
Respondent, Impleaded with Another.

*Wile* v. *Moore*, 155 App. Div. 944, affirmed.
(Argued March 6, 1916; decided March 21, 1916.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the fourth judicial department,
entered June 5, 1913, affirming a judgment in favor
of defendant entered upon a verdict. The complaint
alleges that the defendants for a number of years had
purchased goods from M. Wile & Company, a corpora-
tion, and had numerous dealings with them, and that
on a certain day an account was stated between the cor-

poration and the defendants, upon which there was found due and owing to the corporation from the defendants $5,622.33, which the defendants promised to pay but have not paid. The assignment from the corporation to the plaintiffs, partners, was also alleged. The answer denied all of the allegations in the complaint, set forth the Statute of Limitations, alleged payment, and alleged that the indebtedness set up in the complaint was not the indebtedness of the defendants as copartners but was the individual indebtedness of the defendant Birdsall.

*Herman J. Westwood* and *Louis G. Monroe* for appellants.

*William S. Stearns* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.